NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUNSTONE INFORMATION DEFENSE, INC.,**
*Plaintiff-Appellant*

**v.**

**F5, INC., CAPITAL ONE FINANCIAL CORPORATION,**
*Defendants*

---

2023-2091

---

Appeal from the United States District Court for the Northern District of California in No. 4:21-cv-09529-YGR, Judge Yvonne Gonzalez Rogers.

---

**ON MOTION**

---

**O R D E R**

SunStone Information Defense, Inc. submits a notice of the district court's ruling on remand, requesting that this court "dismiss the appeal as moot," ECF No. 58 at 3. The court construes the notice as a motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedures 42(b).

Upon consideration thereof,

2          SUNSTONE INFORMATION DEFENSE, INC. v. F5, INC.


IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 13, 2025
    Date

ISSUED AS A MANDATE:  March 13, 2025